**91–764.** Schaefer v. Allstate Ins. Co. *Franklin County*, No. 90AP–178. On motion for leave to file *amicus* of Freeman, Exrx. Motion granted.

MOYER, C.J., dissents because the motion is filed out of rule.

HOLMES and WRIGHT, JJ., dissent.